IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BERRY MORROW                                                                                  PLAINTIFF
ADC #143825

V.                                        NO: 5:14CV00285 JM/HDY

SHELIA MATTHEWS *et al.*                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff is allowed to proceed with his retaliation claims against Defendants Shelia Matthews, Stanley Robinson, Kendrick Nelson, Maurice Williams, Williams Straughn, and Marvin Evans; Plaintiff's claims against all other Defendants are DISMISSED WITHOUT PREJUDICE; and all Defendants except Matthews, Robinson, Nelson, Williams, Straughn, and Evans, are removed as party Defendants.

DATED this 27th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE