**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BERRY MORROW                                                                                               PLAINTIFF
ADC #143825

V.                                        NO: 5:14CV00285 JM/HDY

SHEILA MATTHEWS *et al.*                                                                              DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Partial Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for injunctive relief (docket entry #21) is DENIED.

DATED this 2nd day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE